|   |   |
|---|---|
| Judge: | Timothy W. Dore |
| Chapter: | 13 |
| Hearing Date: | September 06, 2023 |
| Hearing Time: | 9:30 am |
| Hearing Location: | U.S. Bankruptcy Court |
| | 700 Stewart St #8106 |
| | Seattle, WA 98101 |
| Response Date: | August 30, 2023 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JOSHUA LEE TAYLOR AND<br>LACEY NOEL TAYLOR,<br><br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 19-13676-TWD<br><br>NOTICE OF TRUSTEE'S MOTION TO<br>DISMISS CASE AND HEARING |

PLEASE TAKE NOTICE that the Chapter 13 Trustee's Motion to Dismiss Case IS SET FOR HEARING as follows:

Judge: Timothy W. Dore
Place: U.S. Bankruptcy Court
       700 Stewart St #8106
       Seattle, WA 98101
Date:  September 06, 2023
Time:   9:30 am

IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is August 30, 2023.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.


Dated: August 08, 2023

/s/ Jason Wilson-Aguilar
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

NOTICE OF TRUSTEE'S MOTION TO
DISMISS CASE AND HEARING

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

|  | Judge: | Timothy W. Dore |
|---|---|---|
|  | Chapter: | 13 |
|  | Hearing Date: | September 06, 2023 |
|  | Hearing Time: | 9:30 am |
|  | Hearing Location: | U.S. Bankruptcy Court |
|  |  | 700 Stewart St #8106 |
|  |  | Seattle, WA 98101 |
|  | Response Date: | August 30, 2023 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING |
|---|---|
|  | NO. 19-13676-TWD |
| JOSHUA LEE TAYLOR AND |  |
| LACEY NOEL TAYLOR, | TRUSTEE'S MOTION TO DISMISS CASE |
|  |  |
|  |  |
| Debtors. |  |

Jason Wilson-Aguilar, Chapter 13 Trustee, moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The debtors' plan payment is currently $2,195.00 twice per month. The debtors are presently delinquent $21,452.42.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: August 08, 2023

/s/ *Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

TRUSTEE'S MOTION TO DISMISS CASE

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JOSHUA LEE TAYLOR AND<br>LACEY NOEL TAYLOR,<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 19-13676-TWD<br><br>*Proposed*<br>ORDER DISMISSING CASE |

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case. Based on the record and for cause shown, its is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented By:
*/s/ Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

ORDER DISMISSING CASE

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

|  | Judge: | Timothy W. Dore |
|---|---|---|
|  | Chapter: | 13 |
|  | Hearing Date: | September 06, 2023 |
|  | Hearing Time: | 9:30 am |
|  | Hearing Location: | U.S. Bankruptcy Court |
|  |  | 700 Stewart St #8106 |
|  |  | Seattle, WA 98101 |
|  | Response Date: | August 30, 2023 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| In Re: | IN CHAPTER 13 PROCEEDING NO. 19-13676-TWD |
|---|---|
| JOSHUA LEE TAYLOR AND LACEY NOEL TAYLOR, | DECLARATION OF MICHELLE BERRY IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CASE |
| Debtors. | |

Michelle Berry declares under penalty of perjury under the laws of the State of Washington that this information is true and correct to the best of my knowledge:

1) I am employed by Jason Wilson-Aguilar, Chapter 13 Trustee (Trustee), and I have personal knowledge concerning the information in this declaration and I am competent to testify to this information.

2) Through my employment I have access to the Trustee's system and records, including the debtors' plan payment records.

3) The debtors' plan payment is currently $2,195.00 twice per month. The debtors are presently delinquent $21,452.42.

Dated: August 08, 2023

/s/ Michelle Berry
Michelle Berry, Case Manager for
Jason Wilson-Aguilar
Chapter 13 Trustee

DECLARATION IN SUPPORT OF
TRUSTEE'S MOTION TO DISMISS CASE

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124